BURCHARD ET AL., APPELLEES, *v.* NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, APPELLANT.

[Cite as *Burchard v. Nationwide Agribusiness Ins. Co.,* 101 Ohio St.3d 62, 2004-Ohio-5.]

(No. 2003–1683—Submitted December 1, 2003—Decided January 14, 2004.)

{¶ 1} The discretionary appeal is allowed.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court on the authority of *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

Apicella & Trapp, F.M. Apicella and Mary Jane Trapp, for appellees.

Williams, Sennett & Scully Co., L.P.A., James A. Sennett and Deitri E. Villarreal, for appellant.